

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 8:24-mj-00037-DUTY |
| GABRIEL CHRISTIAN URDRICA, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _January 31_____, _2024_____, at _3:30_____ ☐a.m. / ☒p.m. before the Honorable _JOHN D. EARLY_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __January 29, 2024__        _____JOHN D. EARLY_____ /s/ John D. Early
                                   U.S. ~~District Judge~~/Magistrate Judge